**No. 10-926. Alvin Clay, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1540, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1485.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 946.